IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: May 21, 2013 |
| Court Reporter:     Kara Spitler | |

_____

| | |
|---|---|
| Civil Action No.  12-cv-01788-RBJ | Counsel: |
| RAYMOND A. MINCK. III, | Fredric A. Bremeth |
|      Plaintiff, | |
| v. | |
| BNSF RAILWAY COMPANY, | Chad M. Knight |
|      Defendant. | |

_____

COURTROOM MINUTES
_____

TELEPHONIC HEARING ON MOTION TO COMPEL

01:15 a.m.    Court in Session

Appearances

Discussion

**ORDERED: Defendant's Motion to Compel Disclosure [ECF No. 23] is GRANTED, as to request at No. 4, "A complete copy of each and every document provided to Dr. Kleiner by Plaintiff Raymond A. Minck, III or Plaintiff's counsel, regarding the defendant."    The Motion is DENIED in all other respects**.

01:45 p.m.    Court in Recess
              Conference concluded
              Time:  30 minutes