IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera                     Date: July 17, 2013
Court Reporter:    Kara Spitler

Civil Action No. 12-cv-01788-RBJ

*Parties*:                                         *Counsel*:

RAYMOND A. MINCK, III,                             Fredric Bremseth

    Plaintiff,

v.

BNSF RAILWAY COMPANY,                              Chad Knight
                                                   Keith Goman
    Defendant.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**
**Court in session:    8:03 a.m.**

Discussion regarding pending motions, experts, witnesses, length of trial, exhibit lists and jury instructions.

Counsel to contact chambers before the close of business today to set a Daubert Hearing.

**ORDERED:**  Defendant's Motion for Issuance of Contempt Citation Against Jeffrey Kleiner, M.D. #[41] is DENIED AS MOOT.

**ORDERED:**  Motion to Stay Consideration of Contempt Citation #[43] is DENIED AS MOOT.

**ORDERED:**  Defendant's Motion in Limine to Exclude Irrelevant Co-Worker Testimony #[49] is DENIED.

**ORDERED:**  Motion in Limine to Limit the Testimony of Alan Blackwell #[50] is GRANTED IN PART AND DENIED IN PART.

**ORDERED:**   Plaintiff's Motion in Limine  #[54] is DENIED WITHOUT PREJUDICE.

HEARING CONCLUDED.
**Court in recess:         9:20 a.m.**
Total time in court:     01:17