IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:    12-cv-01788-RBJ | Date:  November 26, 2013 |
| Courtroom Deputy:    Julie Dynes | Court Reporter: Janet Coppock |

| *Parties* | *Counsel* |
|---|---|
| RAYMOND A. MINCK III  **Plaintiff(s)** | *Frederic A. Bremseth via telephone* |
| v. | |
| BNSF RAILWAY COMPANY  **Defendant(s)** | *Keith M. Goman*  *Chad M. Knight* |

### COURTROOM MINUTES

**DAUBERT HEARING**

Court in Session:  1:01 p.m.

Appearance of counsel.

Plaintiff's witness, Dr. Eckardt Johanning, called and sworn.  Witness appears via telephone.

1:02 p.m.     Direct examination of Dr. Johanning by Mr. Bremseth.

1:28 p.m.     Cross examination of Dr. Johanning by Mr. Goman.

2:11 p.m.     Redirect examination of Dr. Johanning by Mr. Bremseth.

Argument presented on [31] Defendant's Motion for Summary Judgment or, In the Alternative, for Partial Summary Judgment.

**ORDERED:**     [31] Motion for Summary Judgment is GRANTED as to design, TAKEN UNDER AVISEMENT as to track maintenance, to be ruled on during testimony at trial.

**3:00 p.m.**     **Court in recess.**
**3:13 p.m.**     **Court in session.**

Plaintiff's witness, Dr. Jeffrey Kleiner, called and sworn.  Witness appears via telephone.

3:17 p.m.     Direct examination of Dr. Kleiner by Mr. Bemseth.

3:38 p.m.     Cross examination of Dr. Kleiner by Mr. Goman.

3:57 p.m.     Redirect examination of Dr. Kleiner by Mr. Bemseth.

Discussion held on exhibit lists.

**ORDERED:**  Parties are to exchange their top 50 exhibits to be used at trial.

The court makes findings of facts, conclusions of law.

**ORDERED:**  [28] Defendant's Motion to Strike Parts of Dr. Johanning's Expert Testimony Pursuant to F.R.E. 702 is GRANTED.

[29] Defendant's Motion for Partial Summary Judgment on Plaintiff's Claimed Neck or Cervical Spine Injuries is GRANTED.

[31] Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART.

[51] Motion to Strike Dr. Jeffrey Kleiner's Expert Testimony Pursuant to F.R.E. 702 is DENIED.

Court in Recess:  4:55 p.m.     Hearing concluded.     Total time in Court:  03:41